**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-61113-LEIBOWITZ**

**ARMANDO LAZARO DOMINGUEZ**
**ALVAREZ**,

     *Petitioner,*

v.

**TODD LYONS,** *et al.,*

     *Respondents*.

_____/

## ORDER

**THIS CAUSE** comes before the Court on the Government's Response to Order to Show Cause [ECF No. 6], filed on April 22, 2026.  The Government states that Petitioner was released from custody on April 21, 2026.  [*Id.*].  The parties agree that the instant Petition is now moot.

Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED** as moot.  The **Clerk** is *directed* to **CLOSE** this case.  All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on April 22, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record